UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Patrick O'Neal Jackson, #216722, | ) | C/A No. 0:11-933-SB-PJG |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Order |
| Warden Willie Eagleton, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2254. Petitioner is a prisoner at Evans Correctional Institution in Bennettsville, South Carolina. By Order dated May 2, 2011, Petitioner was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Petitioner was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Petitioner did not respond to the order and the time for response has lapsed. Petitioner has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

Sol Blatt, Jr.
United States District Judge



June 6, 2011
Charleston, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.